KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
Gerald Luckey

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHON BLAKELEY, GERALD LUCKEY.<br><br>Defendants. | No. 17-CR-00100-JAM<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: August 29, 2017<br>Time: 9:00 am.<br>Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Timothy Delgado, Assistant United States Attorney, attorney for plaintiff, together with Sean Riordan, attorney for defendant Jonathon Blakeley and Kyle Knapp, attorney for defendant Gerald Luckey that the previously-scheduled status conference, currently set for August 29, 2017, be vacated and that the matter be set for status conference on October 10, 2017 at 9:15 a.m.

Counsel have conferred and this continuance is requested to investigate and evaluate the volume of received discovery in this case, meet with their clients and further investigate

1

possible defenses in this matter.   In addition, counsel anticipates additional video evidence that will be disclosed shortly.

      IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, August 25, 2017, up to and including  October 10, 2017.

IT IS SO STIPULATED.

Dated: August 25, 2017                                      PHILLIP A. TALBERT
                                                                UNITED STATES ATTORNEY

                                                    by:        /s/ Timothy Delgado
                                                                              TIMOTHY DELGADO
                                                                              Assistant U.S. Attorney
                                                                              Attorney for Plaintiff

Dated: August 25, 2017                                      /s/ Sean Riordan
                                                                 SEAN RIORDAN
                                                                 Attorney for Defendant
                                                                 JONATHON BLAKELEY

Dated: Augutst 25, 2017                                   /s/ Kyle R. Knapp
                                                                 KYLE KNAPP
                                                                 Attorney for Defendant
                                                                 GERALD LUCKEY

# ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's August 29, 2017 criminal calendar and re-calendared for status conference on October 10, 2017.

Based on the representations of the parties that additional time is necessary for review of discovery and defense preparation, the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on August 25, 2017, through and including October 10, 2017.

**IT IS SO ORDERED**.

Dated: 8/25/2017 /s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge