PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONATHAN SHANE BLAKELEY, and GERALD JEROME LUCKEY,<br>Defendants. | 2:17-CR-00100-JAM<br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br>Date: October 10, 2017<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its undersigned counsel, and Defendants Jonathan Shane Blakeley and Gerald Jerome Luckey, through their respective counsel of record, stipulate that the status conference currently set for October 10, 2017, be continued to October 24, 2017, at 9:15 a.m.

On June 23, 2017, both Defendants were arraigned on the two-count Indictment. (ECF No. 15.) Since that time, the United States has produced all of the relevant discovery in this case, which includes over 220 pages of written materials and photos, and a compact disk containing various audio and video files, as well as forensic data pulled from defendant Blakeley's cellular phone. Both defense counsel require additional time to review these materials, to confer with their clients, to conduct further research and investigation about the charged offenses, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for October 10, 2017, be continued to October 24, 2017, at 9:15 a.m. The parties further agree that time under the

Speedy Trial Act should be excluded from the date this order issues to and including October 24, 2017, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated: October 6, 2017

***_/s/ Timothy H. Delgado_______________***
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: October 6, 2017

***_/s/ THD for Sean C. Riordan__________***
SEAN C. RIORDAN
Assistant Federal Defender
Attorney for Defendant Jonathan Blakeley

Dated: October 6, 2017

***_/s/ THD for Kyle R. Knapp____________***
KYLE R. KNAPP
Attorney for Defendant Gerald Luckey

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, to and including October 24, 2017, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the October 10, 2017 status conference shall be continued until October 24, 2017, at 9:15 a.m.

Dated: October 6, 2017

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge