1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   JONATHAN BLAKELEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:17-cr-0100-JAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | ) ) | |
| JONATHAN BLAKELEY, | ) ) | Date:  October 27, 2020 Time:  9:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Adrian Kinsella, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Jonathan Blakeley, that the Admit/Deny Hearing scheduled for October 27, 2020 **may be vacated and continued to January 26, 2021 at 9:30 a.m.**

This case is set for a Admit/Deny hearing on October 27, 2020.  On May 13, 2020, this Court issued General Order 618, which suspends all jury trials in the Eastern District of California "until further notice."  Further, pursuant to General Order 611, this Court's declaration of judicial emergency under 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020 continuing this Court's judicial emergency, this Court has allowed district judges to continue all criminal matters to a date after May 2, 2021.   This and previous General Orders, as well as the declarations of judicial emergency, were entered to address public health concerns

related to COVID-19.

    This violation case arises from the same facts as the new indictment in case number 2:19-cr-00172-JAM. Counsel have stipulated to move the hearing in that case to January 26, 2021. In an effort to conserve judicial resources, the matters should be heard on the same day.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: October 23, 2020                */s/ Jerome Price*
                                          JEROME PRICE
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          PATRICK SLAVIN

Date: October 23, 2020                MCGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Adrian Kinsella*
                                          ADRIAN KINSELLA
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**ORDER**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Admit/Deny hearing is re-set to commence on January 26, 2021 at 9:30 a.m. before District Judge John A. Mendez.

IT IS SO ORDERED.

DATED: October 23, 2020        /s/ John A. Mendez
   THE HONORABLE JOHN A. MENDEZ
   UNITED STATES DISTRICT COURT JUDGE