HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JONATHAN BLAKELEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0100-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | |
| JONATHAN BLAKELEY, | Date: January 26, 2021 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Adrian Kinsella, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Jonathan Blakeley, that the Admit/Deny Hearing scheduled for January 26, 2021 **may be vacated and continued to March 23, 2021 at 9:30 a.m.**

This case is set for an Admit/Deny hearing on January 26, 2021.  On May 13, 2020, this Court issued General Order 618, which suspends all jury trials in the Eastern District of California "until further notice."  Further, pursuant to General Order 611, this Court's declaration of judicial emergency under 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020 continuing this Court's judicial emergency, this Court has allowed district judges to continue all criminal matters to a date after May 2, 2021.  This and previous General Orders, as well as the declarations of judicial emergency, were entered to address public health concerns

1   related to COVID-19.

2       This violation case arises from the same facts as the new indictment in case number 2:19-cr-00172-JAM. Counsel have stipulated to move the hearing in that case to March 23, 2021. In an effort to conserve judicial resources, the matters should be heard on the same day.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 21, 2021

*/s/ Jerome Price*
JEROME PRICE Assistant Federal Defender Attorneys for Defendant
JONATHAN BLAKEKEY

MCGREGOR W. SCOTT
United States Attorney

Date: January 21, 2021

*/s/ Adrian Kinsella*

ADRIAN KINSELLA
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Admit/Deny hearing is re-set to commence on March 23, 2021 at 9:30 a.m. before District Judge John A. Mendez.

IT IS SO ORDERED.

DATED: January 21, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE