|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 24, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN SHANE BLAKELEY,

    Defendant.

Case No.  2:17-CR-00100-JAM

**\*\*TEMPORARY\*\*ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JONATHAN SHANE BLAKELEY , Case No.  2:17-CR-00100-JAM  Charge 18 USC § 922(g)(1), from custody for the following reasons: for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $  50,000 (co-signed)

           __X__ Unsecured Appearance Bond  _____

    _____ Appearance Bond with 10% Deposit

    __X__ (Other): Defendant to be released at 8:30 AM on 3/29/2022 to the custody of Federal Defender staff investigator, and remain in her custody until returned to the Sacramento County Jail on 3/29/2022 on or before 5:00 PM.

    _____ .

Issued at Sacramento, California on March 24, 2022 at 10:11 a.m.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE